IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-03254-BNB

JASON WILLIAMS,

    Plaintiff,

v.

TOM CLEMENTS, DOC Director,
DOC TIME COMP, and
RAE TIMME, Warden, FCF,

    Defendants.

## ORDER OF DISMISSAL

    Plaintiff, Jason Williams, initiated this action by filing *pro se* a Prisoner Complaint. On December 19, 2011, Magistrate Judge Boyd N. Boland entered an order directing Mr. Williams to file an amended complaint that complies with the pleading requirements of Rule 8 of the Federal Rules of Civil Procedure. Mr. Williams was warned that the action would be dismissed without further notice if he failed to file an amended complaint within thirty days.

    Mr. Williams has failed to file an amended complaint within the time allowed and he has failed to respond in any way to Magistrate Judge Boland's December 19 order. Therefore, the action will be dismissed without prejudice for failure to comply with a court order.

    Furthermore, the Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith and therefore *in forma pauperis*

status will be denied for the purpose of appeal.  *See Coppedge v. United States*, 369 U.S. 438 (1962).  If Plaintiff files a notice of appeal he also must pay the full $455 appellate filing fee or file a motion to proceed *in forma pauperis* in the United States Court of Appeals for the Tenth Circuit within thirty days in accordance with Fed. R. App. P. 24.  Accordingly, it is

ORDERED that the complaint and the action are dismissed without prejudice pursuant to Rule 41(b) of the Federal Rules of Civil Procedure because Mr. Williams failed to comply with a court order.  It is

FURTHER ORDERED that leave to proceed *in forma pauperis* on appeal is denied.

DATED at Denver, Colorado, this   1st   day of    February         , 2012.

BY THE COURT:

  s/Lewis T. Babcock
LEWIS T. BABCOCK, Senior Judge
United States District Court